

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00490-CV

**IN RE** Shawn **MCMANUS,** Relator

Original Mandamus Proceeding[1]

**ORDER**

On July 19, 2024, relator filed a petition for writ of mandamus. This court has determined that relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on October 30, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2019-CI-18559, styled *In the Interest of C.R.M. and F.C.M., Children*, in the 407th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.